UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | |
| v. | : | |
| | : | |
| **DEWITT DAVIS JR.** | : | VIOLATIONS: |
| | : | |
| | : | 18 U.S.C. § 2314 |
| Defendant, | : | (Interstate Transportation of Stolen |
| | : | Property) |

## INFORMATION

The United States Attorney informs the Court that:

1. At all times material to this Information, defendant DEWITT DAVIS, JR., was a professor at the University of the District of Columbia (hereinafter referred to as "UDC") in Washington, D.C.

2. At all times material to this Information, the United States Geological Survey (USGS) was located in Reston, Virginia. USGS maintained research grants for water resource research projects. UDC applied to USGS for funds in order to perform research projects. That application was accepted, and funds were made available to UDC for research projects.

3. At all times material to this Information, defendant DAVIS fraudulently completed a direct deposit form and sent it to USGS in Virginia. The form requested that the grant money, which was supposed to go to research projects at UDC, be deposited into his personal account in Washington, D.C. Accordingly, approximately $45,000 was deposited into defendant DAVIS' personal account.

4.      From in or about 1997 to in or about 2002, defendant DEWITT DAVIS, JR. did cause grant funds, in the amount of $45,278.00, drawn from the financial account of USGS in Reston, Virginia, to be transmitted in interstate commerce, knowing the same to have been taken by fraud.

**(Interstate Transportation of Stolen Property, in Violation of
18 United States Code, Section 2314).**

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
JULIEANNE HIMELSTEIN
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417136
555 4th Street, N.W., Room 5832
Washington, DC 20530
(202) 514-8203