IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 05-199 JDB |
| v. | ) | Hon. Judge John D. Bates |
| | ) | Sentencing: September 8, 2005 |
| DEWITT DAVIS | ) | |

**FILED**
**JUL 0 6 2005**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

This matter having come before the Court on Dr. Davis' Motion for Leave to Travel;

It is hereby ORDERED that Dr. Davis be permitted to travel to Ohio from July 7, 2005 through July 20, 2005.

Dated: July 6, 2005

John D. Bates
United States District Judge

cc:

Jon W. Norris, Esq.
Counsel for Paul Babinec
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Julieanne Himelstein, Esq.
Assistant Attorney General
555 Fourth Street, NW Room 5832
Washington, D.C., 20530