UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL CASE NO. 05-199 |
| DEWITT DAVIS JR., | : |
| Defendant. | : |

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant DEWITT DAVIS, JR. and the United States agree and stipulate as follows:

The defendant is charged by Information with a violation of Title 18, United States Code, Sections 2314 (interstate transportation of stolen property).

At all times relevant to this offense, DEWITT DAVIS, JR. was a employed as a professor at the University of the District of Columbia (UDC) located in Washington, D.C.

From approximately 1997 and March 2002, DEWITT DAVIS, JR. received more than $45,273.28 from the United States Geological Survey (USGS). The USGS designated funds for UDC, to be used for research grants to research a water resource project. On or about March 31, 1997, defendant DEWITT DAVIS, JR. filled out a direct deposit form and mailed it to USGS in Reston, Virginia. The direct deposit form requested that the research grant funds be deposited into defendant's bank account. Accordingly, approximately $45,278 was electronically deposited into DAVIS' personal account:

| | |
|---|---|
| 10/2/97 | $20,000 |
| 2/25/98 | $393.59 |

| | |
|---|---|
| 4/21/98 | $440.00 |
| 8/31/00 | $9984.44 |
| 4/4/01 | $2004.45 |
| 3/8/02 | $12,450.80 |

These funds were deposited into the personal account of DEWITT DAVIS, JR.

Between on or about May, 1998 and March, 2002, DEWITT DAVIS, JR. purchased seven certificate of deposits totaling approximately $45,000.

DEWITT DAVIS, JR. had no involvement with the USGS research project at the University of the District of Columbia, and he was not authorized by either USGS or UDC to receive those funds.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

JULIEANNE HIMELSTEIN
Assistant United States Attorney
D.C. Bar #
United States Attorney's Office
555 4th Street, N.W.
Washington, DC 20530
(202) 514-8203

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorneys, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 5-11-05

DEWITT DAVIS, JR.
Defendant

I have discussed this Statement of Offense with my client, Dewitt Davis, Jr. I concur with his decision to stipulate to this Statement of Offense.

Date: 5/11/05

JON W. NORRIS, Esquire
Attorney for Defendant Dewitt Davis, Jr.