UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 05-199 |
| ) | |
| ) | |
| ) | |
| DEWITT DAVIS, JR. ) | |

WAIVER OF INDICTMENT

FILED
JUN 3 0 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, **DEWITT DAVIS, JR.**, the above-name defendant,

who is accused of

Interstate Transportation of Stolen Property
18 U.S.C. Section 2314

being advised of the nature of the charge(s), the proposed information, and of my rights,

hereby waive in open court on **June 30, 2005** prosecution by indictment

and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____    Date: June 30, 2005
Judge John D. Bates