IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 05-199 JDB |
| v.       ) | Hon. Judge John D. Bates |
| ) | Sentencing: September 8, 2005 |
| DEWITT DAVIS   ) | |

**UNOPPOSED MOTION FOR LEAVE TO TRAVEL**

Dr. DeWitt Davis, Jr., through undersigned counsel, hereby requests that this honorable Court grant leave for Dr. Davis to travel beyond the District of Columbia to Worthington, Ohio:

1. This case is currently set for sentencing on September 8, 2005.

2. On June 30, 2005 Dr. Davis pled guilty to one count of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314 and this Court found Dr. Davis guilty of the same.

3. This Court released Dr. Davis on personal recognizance pending sentencing and ordered that he continue to live in his current residence in Washington, D.C. and that he report weekly to Pretrial Services by telephone.

4. Dr. Davis is scheduled to travel from Washington, DC on August 13th to attend the wedding of a close family friend and other related family activities. He will return to Washington, DC on August 21st.

5. Dr. Davis has been in full compliance with the terms of his release.

6. Assistant United States Attorney Julieanne Himelstein has been apprised of this motion and does not object..

WHEREFORE, for the foregoing reasons Dr. DeWitt Davis respectfully requests that this Motion be GRANTED and that this Honorable Court permit him to travel from August 13, 2005 through August 21, 2005.

Respectfully Submitted,

_____
Jon Norris
Counsel for DeWitt Davis
The Law Offices of Jon Norris
641 Indiana Avenue. NW, Second Floor
Washington, D.C. 20004
(202) 842-2695

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion for Leave to Travel was faxed to 202-305-0266 in the Office of the United States Attorney for the District of Columbia, **Attention**: JULIEANNE HIMELSTEIN, Esquire, 555 Fourth Street, Northwest, Room 5832, Washington, D.C., 20530 this 10th day of August 2005.

_____
Jon Norris

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal No. 05-199 JDB** |
| v.  ) | **Hon. Judge John D. Bates** |
| ) | **Sentencing: September 8, 2005** |
| **DEWITT DAVIS** ) | |

## **ORDER**

This matter having come before the Court on Dr. Davis' Motion for Leave to Travel;

It is hereby ORDERED that Dr. Davis be permitted to travel from August 13, 2005 through August 21, 2005.

_____
John D. Bates
United States District Judge


cc:

Jon W. Norris, Esq.
Counsel for Paul Babinec
641 Indiana Ave. NW
Second Floor
Washington D.C. 20004

Julieanne Himelstein, Esq.
Assistant Attorney General
555 Fourth Street, NW Room 5832
Washington, D.C., 20530

3