HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :   Docket No.: <u>05-199-01</u>         **FILED**
vs.                           :   SSN:                                  SEP 0 8 2005
DeWitt Davis, Jr.             :   Disclosure Date: <u>August 5, 2005</u>   NANCY MAYER WHITTINGTON, CLERK
                                                                        U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
Prosecuting Attorney                                                Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

(X) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
Defendant          Date                 Defense Counsel        Date 8/26/05

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>Thursday, August 18, 2005</u>, to U.S. Probation Officer <u>LaVerne A. Ebron</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer

HONORABLE JOHN D. BATES, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>05-199-01</u> |
| vs. | : | SSN: <u>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</u> |
| DeWitt Davis, Jr. | : | Disclosure Date: <u>August 5, 2005</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                                              _____
**Prosecuting Attorney**                                                                                    **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

(X)  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                                              _____
**Defendant**              **Date**                              **Defense Counsel**     8/26/05  **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **Thursday, August 18, 2005**, to U.S. Probation Officer <u>LaVerne A. Ebron</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Richard A. Houck, Jr., Chief
     United States Probation Officer