## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Docket No.: **05-199-01** |
| | : | |
| vs. | : | SSN: _____ |
| | : | |
| **DeWitt Davis, Jr.** | : | Disclosure Date: **August 5, 2005** |

**FILED**

SEP 0 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence
Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

(✓)  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment
herein.

_____          _____
Prosecuting Attorney                        Date    8/23/05

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____     _____     _____     _____
Defendant                 Date            Defense Counsel          Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or
disputes in writing by **Thursday, August 18, 2005**, to U.S. Probation Officer **LaVerne A. Ebron**,
telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney
for the Government and the Defense Counsel to provide each other with a copy of the objections at the
same time the objections are filed with the probation office.

#### FOR THE COURT

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**

Signed by:    _____
              **(Defendant/Defense Attorney/AUSA)**

Date:         _____