# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DEWITT DAVIS, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 05-199

Jon Norris
Defendant's Attorney

**FILED**
SEP 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**THE DEFENDANT:**

Pled guilty to Count 1 of the Information on 06/30/05. Accordingly, the defendant is adjudged guilty of such count, involving the following offense:

| Title and Section | Nature of Offense | Date Offense Concluded | Count |
| --- | --- | --- | --- |
| 18 USC 2314 | Interstate Transportation of Stolen Property | 1997-2002 | 1 |

As pronounced on 09/08/05, the defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Signed this the 9th day of September, 2005.

The Honorable John D. Bates

Defendant's Soc. Sec. No.: XXX-XX-7337
Defendant's Date of Birth: XX-XX-37
Defendant's USM No.: 28192-016
Defendant's Residence and Mailing Address:

Defendant: DEWITT DAVIS, JR.                                                                                                    Judgment - Page 2 of 3
Case Number: 05-199

## PROBATION

The Defendant is hereby placed on probation for a term of THREE (3) YEARS ON COUNT ONE (1).

While on probation, the defendant shall not commit another federal, state, or local crime; shall not illegally possess a controlled substance; shall comply with the standard conditions that have been adopted by this court (set forth below); and shall comply with the following additional conditions:

1. If this judgment imposes a fine, special assessment, costs, or restitution obligation, it shall be a condition of supervision that the defendant pay any such fine, assessments, costs, and restitution that remain unpaid at the commencement of the term of supervision.

### STANDARD CONDITIONS OF PROBATION

1. You will not leave the judicial district without permission of the Court or probation officer.
2. You will report to the probation officer and submit a truthful and complete written report within the first five days of each month.
3. You will answer truthfully all inquiries by the probation officer, and follow the instructions of the probation officer.
4. You will support your dependents and meet other family responsibilities, to include complying with any court order or order of administrative process requiring the payment of child support.
5. You will work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6. You will notify the probation officer at least ten days prior to any change of residence or employment.
7. You will not frequent places where controlled substances are illegally sold, or administered; you shall refrain from excessive use of alcohol and will not purchase, possess, use, distribute or administer any controlled substance or paraphernalia related to such substances, except as prescribed by a physician.
8. You will not associate with any persons engaged in criminal activity, and will not associate with any person convicted of a crime unless granted permission to do so by the probation officer.
9. You will permit a probation officer to visit at any time at your home, employment or elsewhere and will permit confiscation of any contraband observed in plain view by the probation officer.
10. You will notify the probation officer within seventy-two hours of being arrested, questioned, or upon having any contact with a law enforcement officer.
11. You will not enter into any agreement to act as an informer or special agent of a law enforcement agency without the permission of the Court.
12. As directed by the probation officer, you will notify third parties of risks that may be occasioned by your criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm your compliance with such notification requirements.
13. You will not possess a firearm, destructive device, or other dangerous weapon.

## ADDITIONAL CONDITIONS:

1. The defendant shall notify the Clerk of Court for the U.S. District Court within thirty (30) days of any change of address until such time as the financial obligation is paid in full.

2. Pursuant to Public Law 108-405, Revised DNA Collection Requirements under the Justice for All Act of 2004, the defendant shall submit to DNA collection at the direction of the U.S. Probation Office.

3. The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or negotiating or consummating any financial contracts without the approval of the Probation Officer.

4. The defendant shall provide the Probation Office with his income tax returns, authorization for release of credit information, and any other business or financial information in which he has a control or interest.

5. The defendant shall be placed in the Electronic Monitoring Program for a period of six (6) months, to commence within thirty (30) days of being place on probation. The defendant shall pay for the electronic monitoring service at a rate that shall not exceed $5 per day. During the electronic monitoring period, the defendant shall remain at his place of residence, except for employment or other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special features, modem, answering machines, or cordless telephones during the term of electronic monitoring. The defendant shall wear an electronic device and shall observe the rules specified by the probation officer. He shall not leave the judicial district to which he is released during the term of electronic monitoring.

6. The defendant shall pay restitution in the amount of $45,273.00, plus the actual accrued interest on the wrongfully acquired funds earned up to September 8, 2005. Payment of restitution is due immediately. The defendant shall liquidate his certificate of deposits and pay towards the restitution amount. The balance of any amount not immediately paid shall be paid during the term of probation at a rate of no less than $500 per month. Restitution payments shall be made to the Clerk of the Court for the U.S. District Court, District of Columbia, for disbursement to the victim.

The Probation Office shall release the presentence investigation report to all appropriate agencies, including treatment agencies, in order to execute the sentence of this Court. The treatment agencies shall return the presentence report to the Probation Office upon completion of defendant's term of supervised release.

Defendant: DEWITT DAVIS, JR.
Case Number: 05-199

Judgment - Page 3 of 3

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties; payments shall be applied in the following order: (1) assessment; (2) restitution.

| ASSESSMENT | RESTITUTION | FINE |
|---|---|---|
| $100.00 | $45,273.00 plus accrued interest | $0.00 |

### ASSESSMENT

It is ordered that the defendant shall pay to the United States a special assessment of $100 for Count 1, which shall be due immediately.

### RESTITUTION

The defendant shall make restitution in the total amount of $45,273.00 plus the actual accrued interest on the wrongfully acquired funds up to September 8, 2005. The interest for restitution beyond September 8, 2005 is waived by the Court.

The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Payee Address | City, State, Zip | Amount |
|---|---|---|---|
| University of the District of Columbia Attn: Robin Alexander | 4200 Connecticut Avenue, NW, Suite 39-301Q | Washington, DC 20008 | $45,273.00 plus accrued interest |

The restitution payment is due immediately.

If a victim has received compensation from insurance or any other source with respect to a loss, restitution shall be paid to the person who provided or is obligated to provide the compensation, but all restitution of victims shall be paid to the victims before any restitution is paid to such a provider of compensation.

If the fine and/or restitution is not paid, the Court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. § 3614. Pursuant to 18 U.S.C. §§ 3572(d)(3) and 3664(k), the defendant shall notify the Court and the Attorney General of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay a fine or restitution. As set out in 18 U.S.C. § 3664(n), if the defendant receives substantial resources from any source, including inheritance, settlement, or other judgment, during the period of incarceration, the defendant shall apply the value of such resources to any restitution or fine still owed.

All criminal monetary penalty payments are to be made to the United States District Court Clerk, 333 Constitution Ave., N.W., Rm. 1825, Washington, D.C. 20001, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program.