PROB 22 DC
(Rev 2/8)

RECEIVED

MAY 14 2007

JAMES BONINI, CLERK
COLUMBUS, OHIO

# TRANSFER OF JURISDICTION

| DOCKET NUMBER |
|---|
| Docket No. CR-05-199 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 2:07cr114 JDH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Dewitt Davis | District of Columbia | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| John D. Bates |

| DATES OF PROBATION/SUPERVISED | FROM 9/8/2005 | TO 9/7/2008 |
|---|---|---|

| OFFENSE |
|---|
| Interstate Transportation of Stolen Property |

FILED
MAY 22 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Ohio upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_April 30, 2007_        _[signature]_
Date                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_5-15-07_        _John D. Holschuh_
Effective Date        United States District Judge