Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue, N.W. Room 1225
Washington, D.C. 20001

May 25, 2007

Clerk, U.S. District Court
For the Southern District of Ohio
260 Joseph P, Kinneary U.S. Courthouse
85 Marconi Blvd.
Columbus, OH 43215

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re: U.S.A. v. Dewitt Davis, Jr.
Our Case No: 05-cr-199

Dear Clerk,

Pursuant to Title 18 U.S.C. 3605, I am forwarding herewith certified copies of the Transfer of Jurisdiction Order, Information, Judgment and Commitment Order and docket sheet.

Please acknowledge receipt of these documents on the enclosed copy of this letter.

Very Truly Yours,

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Tiffany Reed, Deputy Clerk

Enclosures

Thank you.

Sherry Nichols